UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKADU LTD.,<br><br>               Plaintiff,<br><br>    v.<br><br>INNOVYZE, INC.,<br><br>               Defendant. | Civ. Action No. 1:21-cv-00291-UNA<br><br>**DECLARATION OF SERVICE** |

**SETH H. OSTROW**, under the penalties of perjury, declares:

1. I am a partner of Meister Seelig & Fein LLP, attorneys for TaKaDu Ltd. As such, I have personal knowledge of the facts and circumstances set forth below.

2. On May 21, 2021, I caused to be served: (a) Summons; (b) Complaint for Patent Infringement; (c) Civil Cover Sheet; (d) Notice, Consent and Referral forms re U.S. Magistrate Judge Jurisdiction; (e) Report to the Commissioner of Patents and Trademarks; and (f) Disclosure Statement pursuant to Rule 7.1; by electronic mail addressed to defendant's attorney Kyle Mooney of Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-9601, KMooney@mofo.com.

3. Mr. Mooney stated to the undersigned by electronic mail dated May 20, 2021 that he is authorized to accept service on behalf of defendant Innovyze, Inc.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of May 2021 in New York, New York.

By: _____
      Seth H. Ostrow, Esq.